IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:07-CR-_____ |
| | ) | JUDGE Varlan/Shirley (TV2) |
| DAVID AARON BECKER | ) | |

## INFORMATION

### COUNT 1

The United States Attorney charges that in or about April 2004, in the Eastern District of Tennessee, the defendant, DAVID AARON BECKER, knowingly used, persuaded, induced, enticed, and coerced a minor male who was, during said period, 13 years of age, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals and pubic area, as defined in Title 18, United States Code, Section 2256, for the purpose of producing visual depictions of such conduct; the defendant then knowing and having reason to know that said visual depictions being then produced by using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) & 3559(e).

### FORFEITURE ALLEGATIONS

(18 U.S.C. § 2253(a))

As a result of DAVID AARON BECKER'S unlawful production of child pornography, as set forth above, and upon his conviction of the same, the defendant, DAVID AARON BECKER, shall forfeit to the United States any interest he may have in any and all contraband child pornography, and any property used or intended to be used to commit or to promote the commission of the offenses cited herein, including but not limited to:

a. Dell Dimension 4100 Computer Tower SN# 955y901

b. Compaq Computer Tower SN# R016CT950406

c. Generic Computer Tower - Front label "CD Rom Mania computers"

d. Western Digital Hard Drive 40 GB SN# WMA6R2302181

e. Sony Mavica MVC-FD73 Digital Camera SN# 147618

f. VEO webcam - no serial number

g. Pair of black Magpix camera binoculars SN# 03154977

h. Sony Clie PDA - SN# 3000694

i. Phillips DVD

j. Cingular 64K smartchip - no serial number

k. 32 Floppy Disks - various makes

l. 62 CDS - various makes

Title 18, United States Code, Section 2253(a).

JAMES R. DEDRICK
UNITED STATES ATTORNEY

By: *[signature]*
CHARLES E. ATCHLEY, JR.
ASSISTANT UNITED STATES ATTORNEY

2